# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| ACCIDENT FUND INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CUSTOM MECHANICAL CONSTRUCTION, INC. and DANNY COPE, | ) ) ) ) |
| Defendant. | ) ) ) Case No. 3:16-CV-00251-RLY-MPB |
| CUSTOM MECHANICAL CONSTRUCTION, INC., | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| SCHULTHEIS INSURANCE AGENCY, INC., and JAMES LEE SUBLETT, | ) ) ) |
| Third-Party Defendants. | ) |

### CUSTOM MECHANICAL CONSTRUCTION, INC.'S MOTION TO EXCLUDE EXHIBIT A TO ACCIDENT FUND INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS CUSTOM MECHANICAL CONSRUCTION, INC.'S AMENDED COUNTERCLAIM

COME NOW Defendant/Counterclaimant, Custom Mechanical Construction, Inc. ("CMC"), by and through its undersigned counsel, and respectfully move the Court to exclude Exhibit A and any reference thereto in Accident Fund Insurance Company of America's ("AFICA"), Memorandum in Support of its Motion to Dismiss CMC's Amended Counterclaim [Doc. 45], and in support thereof, represents to the Court as follows:

1.  On May 12, 2017, AFICA then its Motion to Dismiss the Amended Counterclaim ("Motion to Dismiss"), and the Memorandum in Support of the same [Docs. 44, 45].

2.  Exhibit A attached to and referenced in the Memorandum in Support of the Motion to Dismiss is a letter and Certification of No Coverage from the Acting Commissioner of the Kentucky Department of Workers' Claims to the Administrative Law Judge presiding over Cope's claim, both dated January 23, 2017 ("Exhibit A") [Doc. 45-1].

3.  AFICA also uses Exhibit A to conclude that "there is no dispute that the policy issued by AFICA did not provided [sic] CMC with workers' compensation coverage in Kentucky at the time of its employee's injury.  The only remaining issue is whether CMC or Schultheis Insurance Agency are responsible for that lack of coverage."

4.  Exhibit A of the Motion to Dismiss is not part of the Amended Counterclaim or any other pleadings in this matter and therefore is outside of the scope of the Court to consider in AFICA's Motion to Dismiss under 12(b)(6), and should be excluded by this Court.

WHEREFORE, Defendant/Counterclaimant, Custom Mechanical Construction, Inc. ("CMC"), respectfully request that this Court exclude Exhibit A and any reference thereto in Accident Fund Insurance Company of America's ("AFICA"), Memorandum in Support of its Motion to Dismiss CMC's Amended Counterclaim and grant all other just and appropriate relief.

Respectfully submitted,

/s/  Reed S. Schmitt
Reed S. Schmitt (2173-82)
Ted C. Ziemer IV (24018-53)
Meagan R. Brien (29055-49)
Bingham Greenebaum Doll LLP
One Main Street, Suite 600
Evansville, Indiana 47708
812.437.0200 / 812.437.6717 (f)
rschmitt@bgdlegal.com
tziemer@bgdlegal.com
mbrien@bgdlegal.com

        Randall K. Schmitt, Esq.
        *Admitted Pro Hac Vice*
        McCorriston Miller Mukai MacKinnon LLP
        Five Waterfront Plaza, 4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii 96813
        Tel:    (808) 529-7422
        Fax:   (808) 535-8018
        schmitt@m4law.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed electronically through the CM/ECF system on this 9th day of June, 2017, and thereby served upon the following parties:

Justin T. Nestor
Bryce Downey & Lenkov, LLC
833 West Lincoln Highway
Suite 210W
Schererville, IN 46375
jnestor@bdlfirm.com
*Attorney for Plaintiff*

Tina M. Paries
Bryce Downey & Lenkov, LLC
200 North La Salle Street
Suite 2700
Chicago, IL 60601
tparies@bdlfirm.com
*Attorney for Plaintiff*

Brent R. Weil
Kightlinger & Gray, LLP
7220 Eagle Crest Blvd.
Evansville, IN 47715
Tel:    (812) 474-4400
Fax:   (812) 474-4414
bweil@k-glaw.com
*Attorney for Schultheis Insurance Company, Inc. and Lee Sublett*

      I further certify that on the 9th day of June, 2017, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Danny Cope
2122 Jim Town Rd.
Mayfield, KY 42066

                /s/ Reed S. Schmitt
                Reed S. Schmitt

18536185_1.docx